No. 79–1056. NORTHWEST AIRLINES, INC. *v.* TRANSPORT WORKERS UNION OF AMERICA, AFL–CIO, ET AL. C. A. D. C. Cir. [Certiorari granted, 447 U. S. 920.] Motions of International Union of Electrical, Radio & Machine Workers, AFL–CIO; Mary P. Laffey et al.; and American Federation of Labor and Congress of Industrial Organizations et al. for leave to file briefs as *amici curiae* granted. JUSTICE BLACKMUN took no part in the consideration or decision of these motions.

No. 79–1404. PENNHURST STATE SCHOOL AND HOSPITAL ET AL. *v.* HALDERMAN ET AL;
No. 79–1408. MAYOR OF PHILADELPHIA ET AL. *v.* HALDERMAN ET AL.;
No. 79–1414. PENNSYLVANIA ASSOCIATION FOR RETARDED CITIZENS ET AL. *v.* PENNHURST STATE SCHOOL AND HOSPITAL ET AL.;
No. 79–1415. COMMISSIONERS AND MENTAL HEALTH/MENTAL RETARDATION ADMINISTRATOR FOR BUCKS COUNTY ET AL. *v.* HALDERMAN ET AL.; and
No. 79–1489. PENNHURST PARENTS-STAFF ASSN. *v.* HALDERMAN ET AL. C. A. 3d Cir. [Certiorari granted, 447 U. S. 904.] Motions of National Association of Retarded Citizens et al. and plaintiffs in *Brewster* v. *Dukakis,* et al., for leave to participate in oral argument as *amici curiae* denied.

No. 79–1734. PARRATT ET AL. *v.* TAYLOR. C. A. 8th Cir. [Certiorari granted, *ante,* p. 917.] Motion of respondent for appointment of counsel granted, and it is ordered that Kevin Colleran, Esquire, of Lincoln, Neb., be appointed to serve as counsel for respondent in this case.

No. 80–419. ARIZONA *v.* MARICOPA COUNTY MEDICAL SOCIETY ET AL. C. A. 9th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.